# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Paul D. Breyer | Debtor | CHAPTER 7 |
| Nationstar Mortgage LLC<br><br>vs. | Movant | NO. 17-12155 JKF |
| Paul D. Breyer | Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert | Trustee | |

## ORDER

AND NOW, this 2nd day of August, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is terminated with respect to the subject premises located at 2661 Elbridge Street, Philadelphia, PA 19149 ("Property"), as to Movant, or its successor or assignee.

_____
United States Bankruptcy Judge

Paul D. Breyer
2661 Elbridge Street
Philadelphia, PA 19149

Thomas D. Kenny
Kenny, Burns & McGill
1500 John F Kennedy Boulevard
Suite 250
Philadelphia, PA 19102

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532