United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 17-12155-jkf
Paul Breyer                                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1                  Date Rcvd: Aug 03, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db              +Paul Breyer,    2661 Elbridge Street,    Philadelphia, PA 19149-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        THOMAS D KENNY    on behalf of Debtor Paul  Breyer FILINGS@kennyburnsmcgill.com,
        malvarado@kennyburnsmcgill.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Paul D. Breyer | | CHAPTER 7 |
| | Debtor | |
| Nationstar Mortgage LLC | | |
| | Movant | NO. 17-12155 JKF |
| vs. | | |
| Paul D. Breyer | | |
| | Debtor | 11 U.S.C. Section 362 |
| Christine C. Shubert | | |
| | Trustee | |

**ORDER**

AND NOW, this 2nd day of August, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), is terminated with respect to the subject premises located at 2661 Elbridge Street, Philadelphia, PA 19149 ("Property"), as to Movant, or its successor or assignee.

_____
United States Bankruptcy Judge

Paul D. Breyer
2661 Elbridge Street
Philadelphia, PA 19149

Thomas D. Kenny
Kenny, Burns & McGill
1500 John F Kennedy Boulevard
Suite 250
Philadelphia, PA 19102

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532