## THE UNITED STATES BANRKTUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVALNIA

| | | |
|---|---|---|
| In re: | : | Case No: 17-12155 |
| | : | |
| Paul D. Breyer | : | |
| | : | |
| Debtor | : | |
| | : | |
| 2661 Elbridge Street | : | |
| Philadelphia, PA 19149 | : | Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above-captioned matter on behalf of Paul D. Bryer Debtor, and demands that all notices, motions, etc., given or required to be given in this case, and that all paper, etc., served in this case, be given to and served upon the following:

> Eileen T. Burns, Esquire
> Kenny, Burns & McGill
> 1500 John F. Kennedy Boulevard, Suite 520
> Philadelphia, PA 19102
> Tel: (215) 423-5500
> Fax: (215) 231-9847

DATED this 8th day of August 2017.

> Respectfully submitted,
>
> Kenny, Burns & McGill.
>
> By:  /s/ Eileen T. Burns
>     Eileen T. Burns
>     Attorneys for Debtor
>     Attorney Identification No.: 80404
>     1500 John F. Kennedy Boulevard, Suite 520
>     Philadelphia, PA 19102
>     (215) 423-5500
>     filings@kennyburnsmcgill.com