Certificate Number: 14751-PAE-DE-029705160

Bankruptcy Case Number: 17-12155



14751-PAE-DE-029705160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2017</u>, at <u>7:36</u> o'clock <u>AM PDT</u>, <u>Paul Breyer</u> completed a course on personal financial management given <u>by internet</u> by <u>$0$ BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 9, 2017</u>          By:   <u>/s/AMEY AIONO</u>

Name:   <u>AMEY AIONO</u>

Title:   <u>Certified Credit Counselor</u>