United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12155-jkf
Paul Breyer                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Aug 25, 2017 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
db             +Paul Breyer,    2661 Elbridge Street,    Philadelphia, PA 19149-2910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
        EILEEN TERESA BURNS    on behalf of Debtor Paul  Breyer eburns@kmkmlaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        THOMAS D KENNY    on behalf of Debtor Paul  Breyer FILINGS@kennyburnsmcgill.com,
     malvarado@kennyburnsmcgill.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 7

Paul Breyer                                         : Case No. 17−12155−jkf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 25, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                          By The Court

                          Jean K. FitzSimon
                          Judge , United States Bankruptcy Court