THE UNITED STATES BANRKTUPCY COURT

FOR THE EASTERN DISTRICT OF PENNSYVALNIA

| | | |
|---|---|---|
| In re: | : | Case No: 17-12155 |
| | : | |
| Paul D. Breyer | : | |
| | : | |
| Debtor | : | Chapter 7 |

**DEBTORS' MOTION TO REOPEN CASE**

Pursuant to 11 U.S.C. § 350(b), Debtor Paul D. Breyer ("Debtor"), hereby requests this Honorable Court reopen the above-captioned Chapter 7 Bankruptcy case to accord relief to Debtor for the following reasons:

1.  Debtor filed a voluntary Chapter 7 of the Bankruptcy petition or about March 29, 2017.

2.  Debtor identified Discover Bank ("Discover") as a creditor on his bankruptcy schedules.

3.  Prior to the filing of Debtor's petition, Discover obtained and recorded a prejudgment writ of attachment against certain real property owned by Debtor in Philadelphia Municipal Court No. SC-16-05-02-3127 on or about February 10, 2017.

4.  Said property included 2661 Elbridge Street, Philadelphia, Pennsylvania 19149.

5.  On or about August 25, 2017, this Court granted Debtor a discharge pursuant to 11 U.S.C. § 727.

6.  A bankruptcy case may be reopened under 11 U.S.C. § 350(b) in order to "administer assets, to accord relief to the debtor, or for other cause."

7.  Said avoidance constitutes relief within the meaning of 11 U.S.C. § 350(b).

8. As such, Debtor respectfully requests this Honorable Court allow Debtor to reopen this Chapter 7 filing.

WHEREFORE, for at least the foregoing reasons, Debtor hereby respectfully requests this Honorable Court reopen this Chapter 7 case under 11 U.S.C. § 350(b).

                                                                       Respectfully submitted,

                                                                       Kenny, Burns & McGill.

                                                              By: /s/Thomas D. Kenny
                                                                     Thomas D. Kenny
                                                                     Attorneys for Debtor
                                                                     Attorney Identification No.: 77611
                                                                     1500 John F. Kennedy Boulevard, Suite 520
                                                                     Philadelphia, PA 19102
                                                                     (215) 423-5500
                                                                     filings@kennyburnsmcgill.com

Dated: February 23, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Debtor's Motion to Reopen Case was served this 23rd day of February 2018, on the following by first-class mail and/or electronic filing system:

    Christine C. Shubert, Trustee
    821 Wesley Avenue
    Ocean City, NJ 08226

    United States Trustee
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

    Michael J. Dougherty, Esquire
    Weltman, Weinberg & Reis Co., LPA
    170 S. Independent Mall W., Suite 874W
    Philadelphia, PA 19106

    Matteo S. Weiner, Esquire
    Thomas Puleo, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106

        Kenny, Burns & McGill.

        By: /s/Thomas D. Kenny
          Thomas D. Kenny
          Attorneys for Debtor
          Attorney Identification No.: 77611
          1500 John F. Kennedy Boulevard, Suite 520
          Philadelphia, PA 19102
          (215) 423-5500
          filings@kennyburnsmcgill.com