## THE UNITED STATES BANRKTUPCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYVALNIA

| | | |
|---|---|---|
| In re: | : | Case No: 17-12155 |
| | : | |
| Paul D. Breyer | : | |
| | : | |
| Debtor | : | Chapter 7 |

## **ORDER**

**AND NOW,** this _____ day of _____, 2018, upon Motion to Reopen Case of the Debtor pursuant to 11 U.S.C. § 350(b):

It is hereby **ORDERED** that the Motion is **GRANTED** to reopen this Chapter 7 case under 11 U.S.C. § 350(b).

BY THE COURT:

_____
J.