# THE UNITED STATES BANRKTUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVALNIA

| | | |
|---|---|---|
| In re: | : | Case No: 17-12155 |
| | : | |
| Paul D. Breyer | : | |
| | : | |
| Debtor | : | Chapter 7 |

## PRAECIPE TO WITHDRAW
## DEBTORS' MOTION TO REOPEN CASE

TO THE CLERK OF THE COURTS:

Please withdraw the Motion to Reopen Case that was filed on February 23, 2018, Document Number 47 without prejudice.

                Respectfully submitted,

                Kenny, Burns & McGill.

    By: /s/Thomas D. Kenny
                Thomas D. Kenny
                Attorneys for Debtor
                Attorney Identification No.: 77611
                1500 John F. Kennedy Boulevard, Suite 520
                Philadelphia, PA 19102
                (215) 423-5500
                filings@kennyburnsmcgill.com

Dated: April 19, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Debtor's Amended Motion to Reopen Case was served this 19th day of April 2018, on the following by first-class mail and/or electronic filing system:

            Christine C. Shubert, Trustee
            821 Wesley Avenue
            Ocean City, NJ 08226

            United States Trustee
            Office of the U.S. Trustee
            833 Chestnut Street, Suite 500
            Philadelphia, PA 19107

            Michael J. Dougherty, Esquire
            Weltman, Weinberg & Reis Co., LPA
            170 S. Independent Mall W., Suite 874W
            Philadelphia, PA 19106

            Matteo S. Weiner, Esquire
            Thomas Puleo, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106

            Roger C. Hochschild, President & COO
            Discover
            2500 Lake Cook Road
            Riverwoods, IL 60015

                      Kenny, Burns & McGill.

            By:  /s/Thomas D. Kenny
                  Thomas D. Kenny
                  Attorneys for Debtor
                  Attorney Identification No.: 77611
                  1500 John F. Kennedy Boulevard, Suite 520
                  Philadelphia, PA 19102
                  (215) 423-5500
                  filings@kennyburnsmcgill.com