## THE UNITED STATES BANRKTUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVALNIA

In re:                                         :        Case No:  17-12155
                                               :
   Paul D. Breyer                             :
                                               :
        Debtor                              :        Chapter 7


### PRAECIPE TO WITHDRAW
### DEBTORS' MOTION TO AVOID JUDICIAL
### LIEN OF DISCOVER BANK ON EXEMPT PROPERTY

TO THE CLERK OF THE COURTS:

Please withdraw the Motion to Avoid Judicial Lien of Discover Bank on Exempt Property that was filed on February 23, 2018, Document Number 48 without prejudice.

                                      Respectfully submitted,

                                      Kenny, Burns & McGill.

                         By:   /s/Thomas D. Kenny
                                      Thomas D. Kenny
                                      Attorneys for Debtor
                                      Attorney Identification No.: 77611
                                      1500 John F. Kennedy Boulevard, Suite 520
                                      Philadelphia, PA 19102
                                      (215) 423-5500
                                      filings@kennyburnsmcgill.com

Dated:  April 19, 2018

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Debtor's Amended Motion to Reopen Case was served this 19th day of April 2018, on the following by first-class mail and/or electronic filing system:

      Christine C. Shubert, Trustee
      821 Wesley Avenue
      Ocean City, NJ 08226

      United States Trustee
      Office of the U.S. Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

      Michael J. Dougherty, Esquire
      Weltman, Weinberg & Reis Co., LPA
      170 S. Independent Mall W., Suite 874W
      Philadelphia, PA 19106

      Matteo S. Weiner, Esquire
      Thomas Puleo, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106

      Roger C. Hochschild, President & COO
      Discover
      2500 Lake Cook Road
      Riverwoods, IL 60015

      Kenny, Burns & McGill.

      By:  /s/Thomas D. Kenny
          Thomas D. Kenny
          Attorneys for Debtor
          Attorney Identification No.: 77611
          1500 John F. Kennedy Boulevard, Suite 520
          Philadelphia, PA 19102
          (215) 423-5500
          filings@kennyburnsmcgill.com